# United States District Court
## For The Western District of North Carolina
### Charlotte Division

Marie Assa'Ad-Faltas,

                  Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                    3:12cv435

Regional Postal Inspector, et al,

                  Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/23/2012 Order.

                                Signed: July 23, 2012

                                Frank G. Johns, Clerk
                                United States District Court