# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Marie Assa'Ad-Faltas,

    Plaintiff(s),

vs.

Regional Postal Inspector, et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:12cv435

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/23/2012 Order.

Signed: July 23, 2012

Frank G. Johns, Clerk
United States District Court